**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHRYN RUCKER KREPP,<br><br>     Plaintiff,<br><br>  v.<br><br>HUNG CAO, *Acting Secretary of the Navy*,<br><br>     Defendant. | Case No. 25-cv-2371 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Stay and Preliminary Injunction, ECF 22, is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Extend Time to Respond, ECF 23, is **DENIED** as moot.

**SO ORDERED.**

           _____
           JIA M. COBB
           United States District Judge

Date: July 31, 2026